UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRIAN KOLEHMAINEN,                                      CIV. NO. 14-1900(ADM/JSM)

    Petitioner,                                                                ORDER

v.

UNITED STATES OF AMERICA,

    Respondent.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 25, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

    1. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is **DENIED**

    2. This matter is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: July 15, 2014                                 s/Ann D. Montgomery

                                                        Ann D. Montgomery
                                                        United States District Court